IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:21cr166-MHT
                             )             (WO)
AARON TAKI GAGE              )
```

### SUPPLEMENTAL ORDER ON SPECIAL CONDITIONS
### OF SUPERVISED RELEASE

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Aaron Taki Gage within 42 days of the beginning of supervision, which should comprehensive and in-depth, and done by a psychologist or other mental-health professional who is qualified and legally authorized to identify and provide official DSM diagnoses and to identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders, and cognitive and intellectual disabilities. In addition to providing any applicable diagnoses, the

evaluator should recommend an appropriate plan for mental-health and substance-abuse treatment (if indicated) for defendant Gage, including identifying and recommending appropriate treatment for any mental illnesses, substance-abuse disorders, and cognitive and intellectual disabilities; identifying specific treatment modalities and therapeutic interventions that will work best for defendant Gage in light of his mental-health history and current condition; and recommending treatment to address the impact of his adverse childhood experiences and trauma, and to improve his insight, decision-making, adaptive coping skills, and ability to deal with stress without resorting to substance abuse.  Prior to commencement of the evaluation, the probation department shall provide the evaluator with a copy of the report of Dr. Sarah Y. Vinson (Doc. 47-1).

(2) File a report of the mental-health and substance-abuse evaluation under seal with the court within 70 days of the beginning of supervision.

(3) Defendant Gage is to receive trauma-informed therapy twice a month, at least, by a provider with training in addressing the adult impact of adverse childhood experiences, until further order of the court.

(4) Aside from those listed in the judgment of conviction, other provisions of defendant Gage's supervised release are left open at this time.

DONE, this the 1st day of December, 2021.

                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**